UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RONALD RAGAN, JR.,

    Plaintiff,

v.                              Case No. 20-2225-DDC

VINSOLUTIONS, INC., et al.,

    Defendants.

## **ORDER**

Plaintiff, Ronald Ragan, Jr., has filed this copyright-infringement action against defendants, VinSolutions, Inc., Briggs Auto Group, Inc., and Rusty Eck Ford, Inc.[1] Defendants filed their motion to dismiss on July 20, 2020.[2] On August 10, 2020, counsel for all parties confirmed via e-mail they'd prefer the undersigned U.S. Magistrate Judge, James P. O'Hara, to defer filing an initial scheduling order until the presiding U.S. District Judge, Daniel D. Crabtree, rules on the pending motion to dismiss. The undersigned agrees it is in the interest of judicial economy to do so.

All pretrial proceedings in this case, including the parties' Rule 26(f) meeting, their Rule 26(a) initial disclosures, and the Rule 16 scheduling conference, are stayed until further order of the court. Should the case survive the pending motion to dismiss, the parties shall confer within 14 days of the court's order. They shall submit a Rule 26(f)

---

[1] ECF No. 1.

[2] ECF No. 10.

planning meeting report and their Rule 26(a) disclosures to the undersigned's chambers within 7 days of their meeting.  The undersigned will then set a scheduling conference.

IT IS SO ORDERED.

Dated August 11, 2020, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge
