UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RONALD RAGAN, JR.,

      Plaintiff,

      v.                          Case No. 20-2225-TC

VINSOLUTIONS, INC., et al.,

      Defendants.

## THIRD AMENDED SCHEDULING ORDER

The parties have jointly moved (ECF No. 72) to amend the scheduling order, entered on March 23, 2021 (ECF No. 44), as modified (ECF Nos. 64 & 71). For good cause shown, the motion is granted and the scheduling order is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| All discovery completed on liability issues | **April 25, 2022** |
| Jointly proposed protective order submitted to court | **May 2, 2022** |
| All potentially dispositive motions (e.g., summary judgment) on liability issues | **May 24, 2022** |
| Proposed pretrial order due | **May 2, 2022** |
| Pretrial conference | **May 11, 2022 at 10:00 AM** |
| Proposed amended scheduling order re damages and infringers' profits | **5 business days after summary-judgment ruling on liability issues** |

This amended scheduling order will not be modified except by leave of court upon

a showing of good cause.

IT IS SO ORDERED.

Dated November 23, 2021, at Kansas City, Kansas.

<u>s/ James P. O'Hara</u>
James P. O'Hara
U.S. Magistrate Judge